UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

| | | |
|---|---|---|
| Timothy B. McGrath | | Telephone |
| Clerk | | (215) 408-2800 |

January 3, 2023

    Re:    Gabriel Bravo
            Bankruptcy No.: <u>21-12926</u>
            Civil Action No.: <u>22-4820</u>

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered by the Honorable .
    Notice of appeal filing fee ()paid    ()not paid

(XX) Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

**Transcript of Zoom Hearing on Objection to Claim- Not part of Court Record.**

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .
    () Objections filed .

() Report and recommendation entered  by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

                                                 For the Court

                                                 Timothy B. McGrath
                                                 Clerk

                                                 By: <u> Antoinette Stevenson </u>
                                                 Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20____ .

Civil Action No. _____        Signature:_____

Miscellaneous No. _____      Date: _____

Assigned to Judge _____                                         BFL5.frm(rev 11/8/17)