# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF:<br><br>BRAVO | CIVIL ACTION<br>NO. 22-4820<br><br>BANKRUPTCY<br>NO. 21-12926 |

## O R D E R

**AND NOW**, this 20th day of March, 2024, upon consideration of Debtor-Appellant's Opening Brief (ECF No. 5), Creditor-Appellee's Brief (ECF No. 8), Debtor-Appellant's Reply Brief (ECF No. 9), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that the October 18, 2022 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania, which overruled Debtor-Appellant's Objection to Creditor-Appellee's Proof of Claim, and the November 22, 2022 Order, by the same, which granted in part and denied in part Debtor-Appellant's motion for reconsideration, are hereby **AFFIRMED**.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.